IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MR. DAVID B. CASSELL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, et al. | : | NO. 16-5141 |
| | : | |

## ORDER

**AND NOW**, this 3rd day of October 2016, upon consideration of Plaintiff's motion to proceed *in forma pauperis* (ECF Doc. No. 1), his *pro se* complaint, the motion attached to the complaint and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Leave to proceed *in forma pauperis* is **GRANTED**;

2. The complaint is **DISMISSED** with prejudice;

3. The motion attached to Mr. Cassell's complaint is **DENIED** as moot; and,

4. The Clerk of Court shall **CLOSE** this case.

_____
KEARNEY, J.